JOHN J. WALSH, appellant,

*v.*

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, &c., respondents.

[Decided January 4th, 1945.]

*Mr. Warren Dixon, Jr.,* for the appellant.

*Messrs. Milton, McNulty & Augelli,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder and reported at *22 N. J. Mis. R. 161.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.